AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Daniel E. Funk

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Ronell Bernard Bryant III, | ) 21-019-SMM |
| | ) |
| Defendant(s) | ) |

FILED BY ___CGA___ D.C.
Mar 25, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 9, 2020  in the county of  Saint Lucie  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 922(g) | Unlawful possession of a firearm and ammunition by a convicted felon |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_/s/ Seth D. Christy_
Complainant's signature

Seth D. Christy, ATF Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: March 25, 2021

_/s/ Shaniek Maynard_
Judge's signature

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF SPECIAL AGENT SETH CHRISTY
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Seth Christy, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND

1. I am currently a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been employed with the above agency since August of 2016. Prior to my employment with ATF, I was a Special Agent with the State of Florida Division of Alcoholic, Beverages, and Tobacco for three years. I have participated in most traditional methods of investigations to include physical and electronic surveillance, interviews, and interrogations, as well as uniform patrol and undercover law enforcement operations. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a Special Agent, I have received specialized training in federal firearms laws and regulations. Additionally, throughout the course of my duties as a Special Agent, I have developed a growing knowledge of such firearms laws and the methods and tactics used by individuals to acquire, transfer, sell and possess firearms illegally.

2. I am currently assigned to the ATF Fort Pierce Field Office and investigate violations of federal firearms laws and regulations. I am an investigator and law enforcement officer of the United States. That is, I am an officer of the United States, who is empowered by law to conduct investigations and to make arrests for federal offences, including those enumerated in Title 18, United States Code, Section 922.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested arrest warrant

1

and does not set forth all my knowledge about this matter. The information contained in this affidavit is submitted to support the issuance of an arrest warrant for Ronell Bernard BRYANT III (hereinafter "BRYANT") for unlawful possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g).

## PROBABLE CAUSE

4. On July 9, 2020, Ronell Bernard BRYANT III (a/k/a "Lil Polo Da Don" and "Polo Bryant") was arrested, based on a state arrest warrant, outside of his mother's residence located at 3706 Avenue K, Fort Pierce, St. Lucie County, Florida. BRYANT was found sitting in the driver seat of a leased Nissan sedan, parked in the yard of the residence.

5. On scene, I spoke with BRYANT'S mother L.K. and conducted a non-custodial recorded interview. L.K. consented to the search of her residence by law enforcement agents. Once contraband was observed in the residence, the St. Lucie County Sheriff's office obtained and executed a state search warrant for the residence and the Nissan sedan, located in the yard on the curtilage of the residence.

6. During a search of the Nissan sedan, from which BRYANT was removed and taken into custody, law enforcement agents located a bag containing one loaded FN Herstal Five-SeveN pistol, bearing serial number 386371156. Within the bag, deputies also found a receipt with BRYANT'S name on it and male clothing. The FN Herstal Five-SeveN pistol and 5.7x28 mm ammunition were manufactured outside the State of Florida and therefore have traveled in interstate or foreign commerce.

7. During the search of the house, inside a bedroom believed to be used by BRYANT, deputies located the box for a FN Herstal Five-SeveN pistol, bearing serial number

386371156, and a box of 5.7x28 mm ammunition. Within the bedroom, members of the SLCSO also located two loaded AK-47 style magazines and 7.62x39 mm ammunition, business mail bearing BRYANT's name, photographs of BRYANT, men's clothing, and court paperwork and several prescription bottles bearing BRYANT's name.

8. In the closet of the bedroom, deputies also found a purchase receipt for the FN Herstal Five-SeveN pistol. The receipt was from the Indian River Sportsman and Target Range in Vero Beach, Florida, and listed the purchaser as BRYANT's cousin E.K, who was identified as BRYANT's cousin by other law enforcement officers who spoke to E.K. After the search was conducted, I contacted the Indian River Sportsman and Target Range and obtained the original ATF Form 4473 completed by E.K., dated April 9, 2020, confirming that E.K. purchased the FN Herstal Five-SeveN pistol recovered during the search.

9. I am very familiar with FN Herstal Five-SeveN pistols, because I have conducted several investigations involving FN Herstal Five-SeveN pistols during my career. I know that the FN Herstal Five-SeveN pistols are designed to fire unique 5.7x28 mm ammunition capable of penetrating some bulletproof and armored vests and they are usually sold with 20 round capacity magazines.

10. On July 13, 2020, Deputy Stotler obtained a state search warrant for the cell phone confiscated from BRYANT, after his July 9, 2020, arrest. Deputy Stotler and I downloaded and reviewed the contents of BRYANT'S cell phone. We located several photographs showing BRYANT in possession of firearms.

11. A photograph from the cellular extraction report depicted BRYANT holding what appears to be a FN Herstal Five-SeveN pistol. The frame, plating, trigger guard, trigger,

rail system, and slide were all observed and are consistent with an FN Herstal Five-SeveN pistol. In the photograph, BRYANT was using what I believe to be a "Bloods" street gang hand sign.

12. The following is the photograph along with the image of the firearm enlarged:



13. A second photograph also depicted BRYANT with what appears to be a FN Herstal Five-SeveN pistol, sticking out of his right pocket. In a cropped closeup of the photograph, the grip, slide, rear sight, grip stippling (texture pattern), and magazine floor plate can be clearly seen.



14. The extraction report from BRYANT's cellular device also revealed a text message conversation between BRYANT and a contact named "Chance the Shooter," dated July 8, 2020. Within the messages, there was a link to a drop box message containing multiple

4

photographs of BRYANT holding what appears to be an FN Herstal Five-SeveN pistol and a FN FNS-9 compact 9mm pistol. The photographs were very high quality and were sent to BRYANT on July 8, 2020, one day before his arrest and again on the day of his arrest on July 9, 2020. During his July 9, 2020, post-*Miranda* interview, BRYANT commented that he had recently been in Broward County shooting a music video. The following is one of the images showing BRYANT holding the two firearms, pointing them toward the photographer, which I believe was produced during the shooting of the music video (the second image is a cropped enlargement of the firearms in the first image):





15.   A criminal history records check for BRYANT revealed that on February 14, 2019, he was adjudicated guilty for the felony offense of carrying a concealed firearm in the State of Florida and sentenced to 11 months and 29 days of imprisonment.

16.   Based on the foregoing facts, I believe there is probable cause to charge Ronell Bernard BRYANT III with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SETH D. CHRISTY
SPECIAL AGENT
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me, by video conference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this __25th__ day of March, 2021.



_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-019-SMM

UNITED STATES OF AMERICA

v.

RONELL BERNARD BRYANT, III,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes ✓ No

4. Did this matter originate from a matter pending in the Northern or Southern Region of the United States Attorney's Office prior to November 23, 2020 (U.S. District Court Judge Aileen M. Cannon)?   ✓ Yes ___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501915
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    772-466-0899
Fax:   772-466-1020
Email: Daniel.Funk@usdoj.gov