UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 21-019-SMM

IN RE:

CRIMINAL COMPLAINT

_____ /

FILED BY ___CGA___ D.C.
Mar 29, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, Southern District of Florida, hereby requests this Honorable Court unseal the *Criminal Complaint* in this case, as there is no further reason to keep it sealed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   */s/ Daniel E. Funk*
Daniel E, Funk, A5501915
Assistant United States Attorney
Daniel.Funk@usdoj.gov
United States Attorney's Office
101 South U.S. Highway 1, Ste. 3100
Fort Pierce, Florida 34950
TEL: 772-293-0950
FAX: 772-466-1020
Attorney for United States of America