United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

**DEFT:** RONELL BERNARD BRYANT III (Deft to appear via Zoom w/USM cell block)

**CASE NO:** 21-019-SMM

**AUSA:** Daniel Funk *present*     **ATTORNEY:**

**AGENT:** Seth Christy, ATF     **VIOL:** 18:922(g)

**PROCEEDING:** Initial Appearance on Criminal Complaint   **BOND REC:**   PTD   **SET:**

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

*Deft present without counsel via Zoom platform from USM cell block and advised of Criminal Complaint along with possible penalties*

*Court explains rights to appear in person for all criminal proceedings - however due to COVID-19 pandemic, Deft may waive such right...Court finds Deft knowingly and voluntarily waives his right to appear in person and hereby consents to appearance by use of video teleconferencing for the following criminal proceeding: Initial Appearance on criminal offenses under the Federal Rules of Criminal Procedure*

*Note: Counsel for Government, AFPD Fletcher Peacock and USPO Nathan Vreeland all appeared by video and audio using Zoom platform*

*Defendant requests additional time to contact an attorney*

*Government recommending Pretrial Detention and ready today for Detention Hearing*

*Court grants Defendant's request, Report Re: Counsel and Detention Hearing for Wed., 3/31/21 at 10:00 a.m.*

*Court orders Deft temporary detained as risk of flight and danger to community*

**DISPOSITION:** I/A;RRC&PTDHrngset

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

Report Re:Counsel and Detention Hrng   3/31/2021   10:00 a.m.   DutyMagistrate(SMM)   Fort Pierce

DATE: 03/29/21   START TIME: 10:30 A.M. Time in Court: 8 Minutes   Zoom recording @ START: 11.57   END: 12.05