UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-019-SMM

UNITED STATES OF AMERICA,

vs.

**NOTICE OF PERMANENT APPEARANCE OF COUNSEL**
**(THROUGH TRIAL ONLY)**

RONELL BERNARD BRYANT III,
    Defendant.

_____/

    **COMES NOW PAUL WALSH, ESQUIRE** and files this appearance of counsel for the above-named Defendant. Counsel Agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

    Counsel acknowledges responsibility to advise the Defendant of the right of appeal, and if signed on to represent the Defendant through appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

    DATE: March 30, 2021  BAR NO.: 71063

    ATTORNEY: Paul Walsh, Esquire

    SIGNATURE: s/Paul Walsh, Esquire

    ADDRESS: 3900 Military Trail, Suite 600

    CITY: Jupiter STATE: FL ZIP CODE: 33458

    TELEPHONE NO.: (561) 295-5825